UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DARREN TARRELL KING,**

    **Petitioner,**

**v.**                                                  Case No. 5:24-cv-22-TKW-MAF

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 14) and Petitioner's objections (Doc. 15). The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Petitioner's amended habeas petition under 28 U.S.C. §2241 should be dismissed without prejudice for failure to exhaust state remedies and based on *Younger v. Harris*, 401 U.S. 37 (1971). The Court also agrees that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

Page 1 of 2

      2.      Petitioner's amended habeas petition (Doc. 8) is DISMISSED without prejudice.

      3.      A certificate of appealability is DENIED.

      4.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 1st day of July, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**